## JAMES *vs.* DAVIS.

The exception is to a refusal to grant a *certiorari.* The petition for the writ is not contained in the bill of exceptions; it comes up in the record, of which it forms no part until it is granted, and is without other identification than the usual certificate of the clerk. Under such circumstances, according to the repeated decisions of the court, it cannot be heard. 67 *Ga.*, 327.
Writ of error dismissed.

November 3, 1885.    (Head-note by the court.)

HALL, Justice.

## LOVEJOY *vs.* NORCROSS.

Where, in an action for breach of covenant growing out of the lease of a storehouse, the evidence as to the damages sustained was of a general character, and left it in doubt as to what damages the plaintiff was entitled to recover, and the verdict found in his favor was not demanded by the evidence, there was no abuse of discretion in granting a new trial.
Judgment affirmed.

February 17, 1886.

BLANDFORD, Justice.

## HOOPER *vs.* THE STATE OF GEORGIA *et al.*

Where an affidavit of illegality was filed to an execution for state and county taxes, and from the ruling thereon the affiant excepted, but did not serve the solicitor general or any other officer, either of the state or county, the writ of error will be dismissed, although the affidavit alleged that the *fi. fa.* was really proceeding for the benefit of an individual named, and although he was served,
When a case proceeds in the name of the state or of a county, and the state and county are the sole parties to the case below, they must be served, and they only need be.
Writ of error dismissed.

October 13, 1885.

JACKSON, Chief Justice.